IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01287-WYD-CBS

CHARLES E. BRACK,

    Plaintiff,

v.

JEANEENE MILLER, Individually and in her Official Capacity,
PAUL BENDER, Individually and in his Official Capacity,
GARY FEAR, Individually and in his Official Capacity,
SCOTT MARSHALL, Individually and in his Official Capacity, and
ALICE SHOEMAKER, Individually and in her Official Capacity,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 7 2006

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 8/31/06

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01287-WYD-CBS

Charles E. Brack
Prisoner No. 42625
Fremont Corr. Facility
PO Box 999
Cañon City, CO 81215- 0999

US Marshal Service
Service Clerk
Service forms for: Jeaneene Miller, Paul Bender,
Gary Fear, Scott Marshall, and Alice Shoemaker,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals and the following forms to the U.S. Marshal for process of service on: Jeaneene Miller, Paul Bender, Gary Fear, Scott Marshall, and Alice Shoemaker: COMPLAINT FILED 7/5/06, ORDER FILED 8/25/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/7/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk