IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01287-WYD-CBS

CHARLES E. BRACK,
    Plaintiff,
v.

JEANEENE MILLER, Individually and in her official capacity,
PAUL BENDER, Individually and in his official capacity,
GARY FEAR, Individually and in his official capacity,
SCOTT MARSHALL, Individually and in his official capacity, and
ALICE SHOEMAKER, Individually and in her official capacity,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Brack's "Motion for Re-Service" (filed November 13, 2006) (doc. # 28). Pursuant to the Order of Reference dated October 4, 2006 (doc. # 25) and the memorandum dated November 14, 2006 (doc. # 29), the Motion was referred to the Magistrate Judge. The court has reviewed the Motion, the entire case file and the applicable law and is sufficiently advised in the premises.

On July 5, 2006, the court permitted Brack to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* "Order Directing Clerk of the Court to Commence a Civil Action and Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of Initial Partial Filing Fee" (doc. # 2)). On September 7, 2006, the court granted service by the United States Marshal. (*See* doc. # 8). On September 13, 2006, the court received two returns of service (docs. # 14 and # 16) directed to Paul Bender and Gary Fear and completed by a representative of the U.S. Marshal. The returns of service indicated, respectively, that "[i]ndividuals not at address any longer" and that "[i]ndividuals no longer at address." Brack filed the instant Motion on November 13, 2006, wherein he provided current mailing addresses for Defendants Bender and Fear. (*See* Motion at ¶ 1).

Accordingly,

**IT IS ORDERED** that Brack's "Motion for Re-Service" (filed November 13, 2006) (doc. # 28) is GRANTED.  The court will issue a separate order directing service by the U.S. Marshal on Defendants Bender and Fear.

DATED at Denver, Colorado, this 14th day of November, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge