IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01287-WYD-CBS

CHARLES E. BRACK,
    Plaintiff,
v.

JEANEENE MILLER, Individually and in her official capacity,
PAUL BENDER, Individually and in his official capacity,
GARY FEAR, Individually and in his official capacity,
SCOTT MARSHALL, Individually and in his official capacity, and
ALICE SHOEMAKER, Individually and in her official capacity,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 15 2006

GREGORY C. LANGHAM
CLERK

## SECOND ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on the court's Order dated November 14, 2006 granting Brack's "Motion for Re-Service" (filed November 13, 2006) (doc. # 28).

On July 5, 2006, the court permitted Brack to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* "Order Directing Clerk of the Court to Commence a Civil Action and Granting Plaintiff Leave to Proceed Pursuant to 28 U.S.C. § 1915 Without Payment of Initial Partial Filing Fee" (doc. # 2)). On September 7, 2006, the court granted service by the United States Marshal. (*See* doc. # 8). On September 13, 2006, the court received two returns of service (docs. # 14 and # 16) directed to Paul Bender and Gary Fear and completed by a representative of the U.S. Marshal. The returns of service indicated, respectively, that "[i]ndividuals not at address any longer" and that "[i]ndividuals no longer at address." Brack filed the instant Motion on November 13, 2006, wherein he provided current mailing addresses for Defendants Bender and Fear. (*See* Motion at ¶ 1). Accordingly,

**IT IS ORDERED** that the Clerk of the Court, where appropriate, shall attempt to obtain waivers of service from **Defendant Paul Bender**, whom Brack represents has a

1

current mailing address at 4335 W. Florida Ave. Denver CO. 80219, and from **Defendant Gary Fear,** whom Brack represents has a current mailing address at 7255 Irving St. Ste. 100 Westminster CO. 80030. (*See* doc. # 28 at ¶ 1). If waivers of service cannot be obtained by the Clerk, the United States Marshal shall serve a copy of the complaint, summons, and all other orders upon Defendants Bender and Fear. Where appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED at Denver, Colorado, this 14th day of November, 2006.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01287-WYD-CBS

Charles E. Brack
456 Bannock Street
Denver, CO 80204

US Marshal Service
Service Clerk
Service forms for: Paul Bender, and Gary Fear

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals and the following forms to the U.S. Marshal for process of service on: Paul Bender, and Gary Fear: COMPLAINT FILED 7/5/06, ORDER FILED 8/25/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 11/15/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk