IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01287-WYD-CBS

CHARLES E. BRACK,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS;
COLORADO STATE PAROLE BOARD;
JOE ORTIZ, individually and in his Official Capacity;
JEANEENE MILLER, individually and in her official Capacity,
MATTHEW HEAP, individually and in his Official Capacity;
PAUL BENDER, individually and in his Official Capacity;
GARY FEAR, individually and in his Official Capacity;
CHARLES OLIN, individually and in his Official Capacity;
SCOTT MARSHALL, individually and in his Official Capacity; and
ALICE SHOEMAKER, individually and in her Official Capacity,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on *pro se* Plaintiff Charles Brack's Motion to Dismiss [# 45], filed May 7, 2007.  In the motion, Plaintiff requests that I dismiss the case.  I will construe the motion as a voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2).  Upon review of the motion and file in this matter, I find that this case should and hereby is **DISMISSED WITHOUT PREJUDICE.**

Dated: May 8, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge